**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOHN KRAKOWSKI, | ) | |
| KEVIN HORNER, and | ) | |
| M. ALICIA SIKES, individually, and | ) | |
| on behalf of those similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:12-CV-00954-JAR |
| | ) | |
| AMERICAN AIRLINES, INC., and | ) | |
| ALLIED PILOTS ASSOCIATION, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter came before the Court on Defendant Allied Pilots Association's Motion to Dismiss [ECF No. 9], Defendant American Airlines, Inc.'s Motion to Transfer this Action to the United States Bankruptcy Court for the Southern District of New York [ECF No. 13], and Defendant Allied Pilots Association's Motion For Leave to File Supplemental Memorandum in Support of Defendant American Airlines' Motion to Transfer [ECF No. 20]. The Court heard oral argument on the motions on December 11, 2012. At the hearing, Plaintiffs made an oral motion to stay this case pending arbitration. While Plaintiffs' request for a stay was discussed at the hearing, the Court will give the parties an opportunity to submit additional briefing on Plaintiffs' oral motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs are granted fourteen (14) days from the date of this Order, up to and including **December 26, 2012**, to submit a memorandum in support of their oral motion for stay. Defendants are granted fourteen (14) days to file a response, up to and

including **January 9, 2013.** Plaintiffs are granted seven (7) days to file any reply, up to and

including **January 16, 2013.**


Dated this 12th day of December, 2012.


_____

JOHN A. ROSS
UNITED STATES DISTRICT JUDGE